**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER RAY MCWHORTER, | ) | |
| | ) | Case No. 23-11007-PMB |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| GRIFFIN E. HOWELL, III, | ) | |
| as chapter 7 trustee | ) | |
| for the bankruptcy estate of | ) | |
| Debtor Christopher Ray McWhorter, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 24-01003-PMB |
| KAPITUS SERVICING INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), made applicable to this proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, Plaintiff Griffin E. Howell, III, as chapter 7 trustee for the bankruptcy estate of Debtor Christopher Ray McWhorter, hereby dismisses this action without prejudice.

Respectfully submitted, this 1st day of October, 2024.

**BARNES & THORNBURG, LLP**

3340 Peachtree Road N.E. Suite 2900
Atlanta, GA 30326-1092
Telephone:      (404) 846-1693
Facsimile:      (404) 264-4033

By: /s/ Lisa Wolgast_____
Lisa Wolgast
Georgia Bar No. 773399
Lisa.Wolgast@btlaw.com

*Special Counsel to the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER RAY MCWHORTER, | ) | |
| | ) | Case No. 23-11007-PMB |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| GRIFFIN E. HOWELL, III, | ) | |
| as chapter 7 trustee | ) | |
| for the bankruptcy estate of | ) | |
| Debtor Christopher Ray McWhorter, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 24-01003-pmb |
| KAPITUS SERVICING INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I served a true and correct copy of the foregoing via U.S.

Mail with proper postage prepaid to the following:

Justan C. Bounds
Carlton Fields, P.A.
1201 W. Peachtree Street, Suite 3000
Atlanta, Georgia 30309

Dated:  October 1, 2024

By: /s/ Lisa Wolgast_____
Lisa Wolgast
Georgia Bar No. 773399
Lisa.Wolgast@btlaw.com